UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

PHILLIP JASON CONNERS )
)
v. ) NO. 2:09-CV-55
) *Mattice/Lee*
HAMBLEN COUNTY JAIL, HAMBLEN )
COUNTY SHERIFF, HAMBLEN )
COUNTY CHIEF JAILER, and HAMBLEN )
COUNTY JAILERS )

**MEMORANDUM**

This is a *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. An order, entered on June 22, 2009, was mailed to plaintiff at the last address he supplied to the Court, but on July 6, 2009, the correspondence was returned to the Court by the U.S. Postal Service, with the face of the envelope marked, "Not Deliverable as Addressed, Unable to Forward," (Docs. 10, 11). To this date, the Court has received no notice of an address change, despite the fact that the form complaint signed by plaintiff contains the following notice:

> YOU ARE RESPONSIBLE FOR KEEPING THE COURT INFORMED IMMEDIATELY OF ANY ADDRESS CHANGE. FAILURE TO PROVIDE YOUR CORRECT ADDRESS TO THIS COURT WITHIN TEN (10) DAYS FOLLOWING ANY CHANGE OF ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION, (Doc. 3, Compl., p. 5).

It is obvious that plaintiff has moved, but has failed to notify the Court. It is equally obvious that neither the Court nor the defendants can communicate with him regarding his case without a correct address.

Accordingly, this action will be **DISMISSED** for want of prosecution. Fed. R. Civ. P. 41(b).

A separate order will enter.

**ENTER**:

     */s/Harry S. Mattice, Jr.*
     HARRY S. MATTICE, JR.
     UNITED STATES DISTRICT JUDGE

2